UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/16/2020

ZAHMEIL D. WASHINGTON-STEELE,

Plaintiff,

v.

CITY OF NEW YORK; NYC DETECTIVE PAUL SCOTT,

Defendants.

18-CV-7431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 12, the Court received Plaintiff's letter, requesting an update on his case. The Court has not yet resolved Defendants' pending motion to dismiss. When the Court resolves that motion or should it file a related order, it will promptly notify Plaintiff via mail at the following address:

> Clinton C.F.
> P.O. Box 2000
> Dannemora, N.Y. 12929
> 19A2572

If Plaintiff's address changes during the course of this action, he should update the Court with his new address.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 16, 2020
New York, New York

RONNIE ABRAMS
United States District Judge