**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ZAHMIEL D. WASHINGTON-STEELE,

                     Plaintiff,

     -against-                              18 **CIVIL** 7431 (RA)

                                                **JUDGMENT**

CITY OF NEW YORK, NYC DETECTIVE
PAUL SCOTT, SHIELD #6880,

                     Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 16, 2020, Defendants' motion to dismiss is granted, albeit without prejudice pursuant to Amaker v. Weiner, 179 F.3d 48, 52 (2d Cir. 1999); accordingly, this case is closed.

**Dated:**  New York, New York

      July 16, 2020

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**    *K. Mango*

                                                        **Deputy Clerk**