**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAHMEIL D. WASHINGTON-STEELE,

                Plaintiff,

                v.

CITY OF NEW YORK; NYC DETECTIVE PAUL SCOTT,

                Defendants.

18-CV-7431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to mail copies of the Court's opinion at docket entry 36 to Plaintiff.

      SO ORDERED.

Dated:    July 20, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge